UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ENDURANCE AMERICAN
SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.                            Case No. 8:17-cv-2832-T-33AAS

LIBERTY MUTUAL INSURANCE
COMPANY, SAFECO INSURANCE
COMPANY OF ILLINOIS, and
SAFECO INSURANCE COMPANY
OF AMERICA

    Defendants.
_____/

## ORDER OF RECUSAL

This order follows the undersigned's review of this docket. Safeco Insurance Company of Illinois (Safeco Illinois) and Endurance American Specialty Insurance (Endurance) each recently filed motions to compel. (Docs. 61, 63). Although the discovery deadline is less than a month away, these motions to compel presented the first discovery disputes in this case that required a ruling from the undersigned. Each party's motion recently became ripe for judicial determination, with Endurance's motion to compel becoming ripe the Friday before Thanksgiving week.

During the undersigned's review of the docket in preparation for analyzing the merits of the discovery disputes, the undersigned realized Endurance is represented by Annette Urena Tucker. Ms. Tucker is a good friend of the undersigned dating back to law school. Although the undersigned believes she can be impartial in considering

1

the merits of these discovery disputes, the undersigned's impartiality might be reasonably questioned. Under 28 U.S.C. Section 455(a), a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte with any doubts to be resolved in favor of disqualification. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). Therefore, it is appropriate for me to recuse myself.

The Clerk of Court is **DIRECTED** to randomly reassign this case to another United States Magistrate Judge.

**ORDERED** in Tampa, Florida, on November 26, 2018.

AMANDA ARNOLD SANSONE  
United States Magistrate Judge