# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

The following cases are set for trial during the **June Trial Term**. The Trial Term will include the four-week period of June 3, 10, 17, and 24.  The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed.

Counsel, as well as any pro se party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. Settlements of civil jury trials announced to the Court any later than 12:00 noon on the Friday preceding the first day of trial may result in the imposition of juror costs.

**Note:** Photo IDs are required for entrance into the federal courthouse. Electronic devices are prohibited beyond the courthouse's security checkpoint.  However, any Assistant United States Attorney, Assistant Federal Public Defender, law enforcement officer on official business, and attorney permitted to practice law in the Middle District of Florida may bring an electronic device beyond the courthouse's security checkpoint by presenting valid agency identification, a Florida Bar identification card, or *pro hac vice* order.

## CRIMINAL TRIALS:

Proposed jury instructions and verdict forms shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made. In addition, please email a courtesy copy of your jury instructions and verdict form, and a redacted copy of the Indictment, if appropriate, in Word format to Chambers at: **chambers_flmd_covington@flmd.uscourts.gov**.

**In addition, exhibit and witness lists shall be filed electronically with the Clerk of Court by the Friday before jury selection. Parties are directed to furnish three copies of each to the Courtroom Deputy Clerk before jury selection.**  All exhibits are to be pre-marked in accordance with M.D. Fla. Rule 3.07.

Contact the assigned Magistrate Judge's Courtroom Deputy Clerk to be placed on the Magistrate Judge's calendar for change of plea. Counsel for the defendants on bond are charged with the responsibility of notifying the defendants when the case is called for trial and that their presence is required.  Counsel shall notify the Court if an interpreter is required.

## CIVIL TRIALS:

The parties shall follow the procedures and deadlines set forth in the operative Case Management and Scheduling Order.  Counsel are advised that the deadlines for filing exhibit lists, witness lists, jury instructions, and verdict forms in a civil action are different than those set forth above, which apply strictly to criminal actions.



**COVINGTON TRIAL CALENDAR:** June 2019

(TRIAL TERM BEGINS: June 3, 2019)

| | CASE NUMBER | CASE NAME | COUNSEL | | DAYS |
|---|---|---|---|---|---|
| **1** | 8:18-cr-474-VMC-TGW<br><br>Jury Trial | United States of America<br>v.<br><br>Terry Alonzo Wilson | Taylor Stout<br><br>Kathleen Sweeney<br>Nicole Hardin | 813-274-6039<br><br>813-228-2715<br>813-228-2715 | 1-1 ½ weeks |
| **2** | 8:18-cr-450-VMC-AEP<br><br>Jury Trial | United States of America<br>v.<br><br>Claudia Harvey | Kristen Fiore<br><br>Jay Hebert | 813-274-6148<br><br>727-573-2622 | 3 days |
| **3** | 8:19-cr-16-VMC-JSS<br><br>Jury Trial<br><br>**COP: 5/31/2019** | United States of America<br><br>v.<br><br>Leonel Hernandez | Diego Novaes<br><br><br>Che Lopardo | 813-274-6000<br><br><br>813-758-9347 | 2-3 days |
| **4** | 8:18-cv-2682-VMC-AAS<br><br>Jury Trial | Jerri Lynn Serra<br>v.<br><br>Shriners Hospitals for Children, Inc. | Christopher Gray<br>Gregory Owens<br>Wolfgang Florin<br><br>David Kalteux<br>Tracey Jaensch | 727-254-5255<br>727-254-5255<br>727-254-5255<br><br>727-244-7516<br>813-261-7800 | 4 days |
| **5** | 8:17-cv-2832-VMC-CPT<br><br>Jury Trial | Endurance American Specialty Insurance Company<br>v.<br><br>Liberty Mutual Insurance Company | Annette Tucker<br>James Kaplan<br><br><br>Alejandra Lopez<br>Jeffrey Lapin<br>Benjamin Carter | 305-530-0800<br>305-530-0800<br><br><br>305-569-4100<br>305-569-4105<br>305-569-4100 | 4 days |

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of May, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE



# EXHIBIT LIST

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

_____,        **Case No.:8:**

                        **Plaintiff,**        □

                        **Government,** □

                                                             □ **Evidentiary**

**v.**                                                      □ **Trial**

                                                      □ **Other**

_____,

                        **Defendant.** □

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |